IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KWOK CHEUNG CHOW, a/k/a "Raymond Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy," et al.<br><br>    Defendants.<br>                                   / | No. CR 14-00196 CRB<br><br>**ORDER RE JURY SELECTION** |

    The parties are hereby DIRECTED to exchange, by end of day on <u>Friday, October 23, 2015</u>, alphabetized lists of individuals in the jury pool whom, based upon their questionnaire responses, the parties believe ought not serve on this jury. The parties are further DIRECTED to submit to the Court, <u>under seal</u> and by end of day on <u>Wednesday, October 28, 2015</u>, an alphabetized list of those individuals appearing on both parties' lists. The Court will then excuse those individuals on the joint list from the jury selection process.

    **IT IS SO ORDERED.**

Dated: October 21, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2014\196\order re jury selection.wpd